JOHN R. GLOVER and MARGARET M. McINERNEY, as Administrators, etc., of PATRICK GLOVER, Deceased, Substituted in Place and Stead of the Said Patrick Glover as Plaintiff, Respondents, v. KAZIMIR BUDZYKO, Appellant, and Others, Defendants.— The action was instituted by Patrick Glover to recover damages for personal injuries sustained by him when a taxicab in which he was a passenger collided with an automobile owned and operated by defendant Zeldis. The taxicab was owned by the appellant and operated by defendant Zahradnik. The jury rendered a verdict in favor of plaintiff against the appellant and the other two defendants, and defendant Budzyko appeals from the judgment entered thereon. While the appeal was pending Glover died and his administrators were substituted as plaintiffs. Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

GOMAY REALTY CORPORATION and MARGARET MAYO, Appellants, v. MUNICIPAL MUTUAL CORPORATION and TAFT HOLDING CORPORATION, Respondents.— Action for an accounting, to have a deed declared a mortgage, and for other relief. Appeal by plaintiffs from an order dismissing the second, third, fourth and sixth causes of action stated in plaintiffs' amended complaint as insufficient in law. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

RUDOLF GROSS, Respondent, v. CONTINENTAL CAOUTCHOUC-EXPORT AKTIEN-GESELLSCHAFT (CONTINENTAL RUBBER EXPORT CORPORATION), Appellant.— Action to recover commissions on the sale of merchandise and for breach of contract. From an order directing partial summary judgment in favor of the plaintiff, directing a severance, and denying the defendant's cross-motion for summary judgment in its favor, and from the judgment entered pursuant to such direction, the defendant appeals. Order modified on the law by striking out the first and second ordering paragraphs and inserting in lieu thereof the following: " Ordered that the plaintiff's motion for partial summary judgment be denied." As so modified, the order is unanimously affirmed, with ten dollars costs and disbursements to appellant. Judgment in favor of the plaintiff vacated, without costs. The record discloses that there are issues of fact raised by the pleadings, exhibits and affidavits that require the issues to be tried. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. [175 Misc. 496.]

HARPER M. HALL and DOROTHEA B. HALL, Suing as Stockholders and Creditors in the Behalf of CRAILO SWEETS, INC., Respondents, v. CRAILO SWEETS, INC., and SHERWOOD R. LIPPS, Appellants.— Appeal by defendants, in a derivative action by stockholders and creditors of a corporation, from an order denying their motion for leave to bring in an additional defendant and to serve a supplemental summons and an amended answer. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. [177 Misc. 120.]